**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 4:06cr290 SNL |
| | ) | |
| **AUSTIN WELCH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This is before the Court on Defendant Austin Welch's Motion to Dismiss Counts X, XI, and XVIII of the Superseding Indictment, or in the alternative, to Obtain a Bill of Particulars for Count X of the Superseding Indictment (No. 229), and his Motion for a Bill of Particulars (No. 198). United States Magistrate Judge Frederick R. Buckles issued a Report and Recommendation on February 7, 2007. No objections were filed. Upon review, the Court agrees with Judge Buckle's conclusions.

Accordingly,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Frederick R. Buckles' Report and Recommendation (No. 246) is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Counts X, XI, and XVIII of the Superseding Indictment, or in the alternative, to Obtain a Bill of Particulars for Count X of the Superseding Indictment (No. 229) be and is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Bill of Particulars (No. 198) be and is **DENIED**.

Dated this 17th day of April, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE